OPINION — AG — PURSUANT TO THE PROVISIONS OF ARTICLE VI, SECTION 19 OKLAHOMA CONSTITUTION, THE QUALIFICATIONS FOR STATE AUDITOR AND INSPECTOR WOULD BE THREE YEARS' EXPERIENCE AS AN EXPERT ACCOUNTANT SKILLED IN THE KNOWLEDGE AND SCIENCE OF ACCOUNTANCY. THE CONSTITUTIONAL PROVISION DOES NOT REQUIRE THAT THE STATE AUDITOR AND INSPECTOR BE LICENSED OR CERTIFIED. (STATE AUDITOR AND INSPECTOR) CITE: ARTICLE VI, SECTION 32 (KAY KAREN KENNEDY)